IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINT W. JONES,

    Petitioner,                    No. CIV S-07-0191 DFL EFB P

    vs.

T. FELKER, Warden, et al.,

    Respondents.              ORDER

_____/

    Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

    Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit.

    Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.  It is not apparent from the application that petitioner is not entitled to relief.

Petitioner has requested an evidentiary hearing.  The court will defer ruling on this motion until such time as respondents have had an opportunity to file a response to the petition and to this motion.

Accordingly, it is hereby ordered that:

1. Petitioner's request for leave to proceed *in forma pauperis* is granted.

2. Petitioner's request for the appointment of counsel is denied without prejudice.

3. Respondent shall file and serve a response to petitioner's application within 30 days from the date of this order.  *See* Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  *See* Rule 5, Fed. R. Governing § 2254 Cases.

4. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

5. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondents' reply, if any, shall be filed within 15 days thereafter.

6. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for a writ of habeas corpus with any and all attachments on Michael Patrick Farrell, Senior Assistant Attorney General for the State of California.

////

////

////

7. Respondents shall file and serve a response to petitioner's motion for an evidentiary hearing together with their answer to the petition, within 30 days from the date of this order.

Dated: April 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3