IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLINT WILLIAM JONES,** | CIV S-07-0191 DFL EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **THOMAS FELKER, Warden, High Desert State Prison**, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 10, 2007, respondent filed a request for a 30-day extension of time in which to file a response.

Accordingly, IT IS HEREBY ORDERED that respondent is granted an extension of time to and including June 13, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

DATED: May 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Order

1