IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLINT WILLIAM JONES,** | CIV S-07-0191 DFL EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **THOMAS FELKER, Warden,** **High Desert State Prison**, | |
| Respondent. | |

Respondent has requested a second thirty (30) day extension of time in which to file a response to the petition for writ of habeas corpus filed by petitioner. GOOD CAUSE APPEARING, respondent is granted an extension of time to and including July 13, 2007, in which to file a response to the petition for writ of habeas corpus filed by petitioner.

So ordered.

DATED: July 5, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE