IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLINT WILLIAM JONES,

    Petitioner,                  No. CIV S-07-0191 RRB EFB P

    vs.

THOMAS FELKER, Warden,

    Respondent.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 27, 2007 petitioner requested an extension of time to file and serve a traverse. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's August 27, 2007, request is granted and petitioner has 30 days from the date this order is served to file and serve a traverse.

DATED: September 17, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE